# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

EDDIE SOWELL SMITH,

    Petitioner

v.

WARDEN CHILDERS,

    Respondent.

Case No.: 2:23-cv-00527-GMN-VCF

**Order**

    On September 7, 2023, this court vacated its order dismissing Nevada prisoner Eddie Sowell Smith's *pro se* 28 U.S.C. § 2254 habeas corpus petition for failure to pay the filing fee and reopened this case. (ECF No. 10.)  Smith filed an amended petition on September 18, 2023. (ECF No. 12.)  Smith also filed what he styled as a notice, in which he asks the court whether this case is open or closed. (ECF No. 14.)  The court now clarifies that this case is open, and the amended petition at ECF No. 12 is the operative petition.

    Smith is cautioned that when he seeks action or a decision by this court, he must file a motion. Any future filings titled "Notice" will be disregarded.

1      IT IS THEREFORE ORDERED that Respondents are to file a response to the
2 amended petition by December 18, 2023. The deadlines for all other briefing are set
3 forth in the order at ECF No. 10.

5      DATED: 17 October 2023.

                                        GLORIA M. NAVARRO
                                        UNITED STATES DISTRICT JUDGE