# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE SOWELL SMITH,<br><br>  Petitioner<br><br>v.<br><br>WARDEN CHILDERS, et al.,<br><br>  Respondents. | Case No.: 2:23-cv-00527-GMN-MDC<br><br>**Order Granting Extension to File Opposition to Motion to Dismiss to September 3, 2024** |

Eddie Sowell Smith asks the Court for an extension to file an opposition to Respondents' Motion to Dismiss his 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 35.) He explains that his cell was searched, his copy of the Motion is now missing, and he asks for another copy. Good cause appearing,

IT IS ORDERED that Petitioner's Motion for Extension of Time to oppose the Motion to Dismiss **(ECF No. 35) is GRANTED** *nunc pro tunc*. **The deadline is extended to September 3, 2024.**

IT IS FURTHER ORDERED that the Clerk of Court send to Petitioner a copy of the Motion to Dismiss (ECF No. 34).

DATED: 30 July 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE